IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MICHAEL DON DENTON,

    Petitioner,

v.      2:12-CV-0192

WILLIAM STEPHENS, Director,
Texas Dep't of Criminal Justice,
Correctional Institutions Division,

    Respondent.

### ORDER ADOPTING REPORT AND RECOMMENDATION CONDITIONALLY GRANTING PETITIONER'S WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On February 27, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition be conditionally granted, and the convictions which are the subject of this petition be vacated unless petitioner is afforded an out of time appeal. Respondent did not file objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is ADOPTED.

The petition for a writ of habeas corpus is conditionally GRANTED. The Writ of Habeas Corpus vacating petitioner's convictions should issue unless petitioner is afforded an out of time appeal with the assistance of counsel within sixty (60) days from the date of this order.

IT IS SO ORDERED.

ENTERED this _17th_ day of _March_ 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE