

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUL -6 PM 4:08

DEPUTY CLERK_____

| | | |
|---|---|---|
| MICHAEL DON DENTON, | § | |
| Petitioner, | § | |
| v. | § | 2:12-CV-0192 |
| WILLIAM STEPHENS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITIONER'S MOTION TO ISSUE THE WRIT OF HABEAS CORPUS

On May 31, 2015, petitioner filed with this Court a "Motion to Issue the Writ of Habeas Corpus." On June 16, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's motion be denied. On June 24, 2015, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are hereby OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, petitioner's "Motion to Issue the Writ of Habeas Corpus" is DENIED.

IT IS SO ORDERED.

ENTERED this _____ 6th day of _____ July _____ 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE